# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | CASE NO.   1:10-cv-01383-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| M. CAMPS, et al., | (ECF No. 13) |
| Defendants. | SECOND AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

**ORDER**

Plaintiff Sylester Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on August 3, 2010.  (ECF No. 1.)  Before the Court could screen Plaintiff's original Complaint, he filed a First Amended Complaint on March 28, 2011.  (ECF No. 12.)  This First Amended Complaint has yet to be screened by the Court.

Pending before the Court now is Plaintiff's Motion to Amend his Complaint.  (ECF No. 13.)  Plaintiff seeks to include an additional defendant in his allegations.

1

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may amend his complaint once as a matter of course, so long as a responsive pleading has not been filed. There has been no service of process and no defendant has entered an appearance in this action. The Court will therefore GRANT Plaintiff leave to file an amended complaint pursuant to Rule 15(a).

In his Amended Complaint, Plaintiff must demonstrate that the alleged incident or incidents resulted in a deprivation of his constitutional rights. Ashcroft v. Iqbal, 129 S.Ct. 1937, 1948-49 (2009). Plaintiff must set forth "sufficient factual matter . . . to 'state a claim that is plausible on its face.'" Id. at 1949 (quoting Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007)). Plaintiff must also demonstrate that each defendant personally participated in the deprivation of his rights. Jones v. Williams, 297 F.3d 930, 934 (9th Cir. 2002).

Finally, Plaintiff is advised that Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. As a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an amended complaint is filed, the original complaint no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. The amended complaint should be clearly and boldly titled "Second Amended Complaint," refer to the appropriate case number, and be an original signed under penalty of perjury.

Based on the foregoing, it is HEREBY ORDERED that:

1.   Plaintiff is GRANTED leave to file an amended complaint;

2.   Plaintiff shall caption the amended complaint "Second Amended Complaint"

and refer to the case number 1:10-cv-1383-AWI-GBC (PC);

4. The Clerk's Office shall send Plaintiff a Complaint form;

5. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file his Second Amended Complaint;

6. Plaintiff may not add any new, unrelated claims to this action via his amended complaint and any attempt to do so will result in an order striking the amended complaint; and

7. If Plaintiff fails to comply with this Order, this action will proceed on First Amended Complaint.

IT IS SO ORDERED.

Dated:   May 4, 2011

UNITED STATES MAGISTRATE JUDGE