# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>M. CAMPS, et al.,<br><br>                Defendants.<br>_____ / | CASE NO. 1:10-cv-01383-AWI-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TELEPHONIC CONFERENCE<br><br>Doc. 46<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS<br><br>Doc. 48 |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 30, 2011, Plaintiff filed a motion for telephonic conference. Doc. 46. However, pro se prisoner cases are not subject to conference requirements of Fed. R. Civ. P. 26(f). Therefore, Plaintiff's motion for telephonic conference is DENIED.

      On November 4, 2011, Defendants filed a motion to dismiss. Doc. 35. On January 17, 2012, Defendants filed a motion to stay discovery pending resolution of their motion to dismiss. Doc. 48. Given that resolution of Defendants' motion to dismiss may conclude this action and render any need for discovery unnecessary, Defendants' motion to stay discovery is GRANTED. Discovery is HEREBY ORDERED STAYED pending this Court's ruling on the motion to dismiss.[1]

---

[1] Should this Court deny the motion to dismiss, the Court will lift this order staying discovery and reinstate the scheduling order or issue an amended scheduling order.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for telephonic conference is DENIED;
2. Defendants' motion to stay discovery is GRANTED; and
3. Discovery is STAYED pending this Court's ruling on the motion to dismiss.

IT IS SO ORDERED.

Dated:   January 30, 2012

UNITED STATES MAGISTRATE JUDGE